USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LASHONDA D. LITTLEFIELD,

Plaintiff,

v.

CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,

Defendant.

No. 15-CV-9640 (RA)

ORDER ADOPTING
REPORT & RECOMMENDATION

---

RONNIE ABRAMS, United States District Judge:

Plaintiff Lashonda D. Littlefield brings this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's decision denying her application for disability insurance benefits. Before the Court is the August 31, 2017 71–page Report and Recommendation of the Hon. Debra Freeman (the "Report"), which recommends granting Plaintiff's motion for judgment on the pleadings, denying the Commissioner's cross-motion for judgment on the pleadings, and remanding this action for further administrative proceedings. *See* R. & R. (Dkt. 37).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties may object to a magistrate judge's recommended findings "[w]ithin 14 days after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2). "The district court may adopt those portions of a report and recommendation to which no timely objections have been made, provided no clear error is apparent from the face of the record." *Hancock v. Rivera*, No. 09-CV-7233 (CS) (GAY), 2012 WL 3089292, at *1 (S.D.N.Y. July 30, 2012) (internal citation omitted).

Neither party has objected to Judge Freeman's thorough and well-reasoned Report. The Court thus reviews the Report for clear error and, finding none, adopts the Report in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is granted, Defendant's motion for judgment on the pleadings is denied, and this action is remanded, as provided in the Report, for further administrative proceedings.

The Clerk of Court is respectfully directed to terminate the motions pending at Docket Entries 32 and 34.

SO ORDERED.

Dated: September 21, 2017
New York, New York

Ronnie Abrams
United States District Judge